UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 24-60568-CIV-DAMIAN

**AMIN LAKHANI**,

    Plaintiff,

v.

**KRG MIRAMAR SQUARE, LLC,**

    Defendant.

_____/

## ORDER FOLLOWING STATUS CONFERENCE, STAYING AND ADMINISTRATIVELY CLOSING CASE

**THIS CAUSE** came to be heard on June 27, 2024, for a Status Conference. Counsel for the parties appeared before the undersigned to report on the status of this matter and reported that the parties are actively engaged in efforts to settle this lawsuit. Accordingly, for the reasons stated on the record in open court, it is hereby

**ORDERED AND ADJUDGED** as follows:

1. The above-styled action is **STAYED** and administratively **CLOSED** without prejudice to the parties to file a stipulation for dismissal within **thirty (30) days** of the date of this Order.

2. If the parties do not complete the expected settlement within the time set forth above, the Parties shall file a **Joint Status Report** on or before **July 26, 2024**, updating the Court as to the status of the litigation and pending settlement, if any.

3. If the parties fail to complete the expected settlement, either party may request the Court to reopen the case.

      4.      The Clerk shall **CLOSE** this case for administrative purposes only. Any pending motions are **DENIED AS MOOT**.

      **DONE AND ORDERED** in the Southern District of Florida, this <u>27th</u> day of June, 2024.

                                                                    *[signature]*
                                              **MELISSA DAMIAN**
                                              **UNITED STATES DISTRICT JUDGE**