UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

AMIN LAKHANI,
    Plaintiff,
vs.

KRG MIRAMAR SQUARE, LLC and TRIBECA GROUP, LLC d/b/a TRIBECA RESTAURANT AND LOUNGE,
    Defendant(s).

Case No: 24-cv-60568-MD

## JOINT NOTICE OF SETTLEMENT IN PRINCIPLE

Plaintiff, AMIN LAKHANI, and Defendant, TRIBECA GROUP, LLC d/b/a TRIBECA RESTAURANT AND LOUNGE, by and through their respective undersigned counsel, hereby notify the Court that the Parties have reached a settlement in principle. The Parties are in the process of memorializing their agreement and finalizing their settlement documents.

Respectfully submitted,

| | |
|---|---|
| s/ Glenn R. Goldstein | s/ Daniel Leyton |
| Glenn R. Goldstein (FBN: 55873) | Daniel Leyton, Esq. (FBN:0061824) |
| *Attorney for Plaintiff* | Email: leyton@ktl-law.com |
| Glenn R. Goldstein & Assoc., PLLC | Diego Machado, Esq. (FBN:1008188) |
| 8101 Biscayne Blvd., Ste. 504 | Email: dmachado@ktl-law.com |
| Miami, Florida 33138 | Kravitz Talamo & Leyton, PLLC |
| 561.573.2106 | 7600 W. 20th Avenue, Suite 213 |
| GGoldstein@G2Legal.net | Hialeah, FL 33016 |
| | Telephone: 305.558.5300 |
| | Facsimile: 305.557-1934 |
| | *Attorney for Defendant,* |
| | *Tribeca Restaurant & Lounge* |