UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

AMIN LAKHANI,
    Plaintiff,
vs.

KRG MIRAMAR SQUARE, LLC and TRIBECA GROUP, LLC d/b/a TRIBECA RESTAURANT AND LOUNGE,
    Defendant(s).

Case No: 24-cv-60568-MD

## **JOINT STIPULATION OF DISMISSAL WITH PREJUDICE**

Plaintiff, AMIN LAKHANI, and Defendants, KRG MIRAMAR SQUARE, LLC and TRIBECA GROUP, LLC d/b/a TRIBECA RESTAURANT AND LOUNGE by and through their respective counsel, pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii), hereby stipulate to the dismissal of this action *with prejudice* against Defendants, with each party to bear their own attorney's fees and costs except as otherwise agreed in writing.

Respectfully submitted,

s/ Glenn R. Goldstein
Glenn R. Goldstein (FBN: 55873)
   *Attorney for Plaintiff*
Glenn R. Goldstein & Assoc., PLLC
8101 Biscayne Blvd., Ste. 504
Miami, Florida 33138
561.573.2106
GGoldstein@G2Legal.net

s/ Daniel Leyton
Daniel Leyton, Esq. (FBN:0061824)
Email: leyton@ktl-law.com
Diego Machado, Esq. (FBN:1008188)
Email: dmachado@ktl-law.com
Kravitz Talamo & Leyton, PLLC
7600 W. 20th Avenue, Suite 213
Hialeah, FL 33016
Telephone: 305.558.5300
Facsimile: 305.557-1934
   *Attorneys for Defendant Tribeca Group, LLC*

s/ Brian C. Blair, Esq.
Brian C. Blair, Esq. (FBN: 0973084)
Email: bblair@bakerlaw.com
mrios@bakerlaw.com
orlbakerdocket@bakerlaw.com
Baker & Hostetler LLP
200 S. Orange Ave., Suite2300

Orlando, Florida 32801
Telephone: 407-649-4000
Facsimile: 407-841-0168
   *Attorney for Defendant KRG Miramar Square, LLC*