UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 24-60568-CIV-DAMIAN

**AMIN LAKHANI**,

    Plaintiff,

v.

**KRG MIRAMAR SQUARE, LLC,** *et al.*,

    Defendants.
_____/

## ORDER OF DISMISSAL WITH PREJUDICE
## BASED ON JOINT STIPULATION

**THIS CAUSE** came before the Court upon the Parties' Joint Stipulation of Dismissal with Prejudice [ECF No. 27] (the "Stipulation"), filed September 16, 2024. Rule 41(a)(1)(A)(ii) provides that the parties may dismiss an action voluntarily upon the filing of a stipulation of dismissal signed by all parties who have appeared. Here, the stipulation is signed by all parties who have appeared. Accordingly, it is hereby

**ORDERED AND ADJUDGED** that this matter is **DISMISSED WITH PREJUDICE**.

**DONE AND ORDERED** in Chambers in the Southern District of Florida this 17th day of September, 2024.

                                                   **MELISSA DAMIAN**
                                                   **UNITED STATES DISTRICT JUDGE**